# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID STEKETEE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>        Defendant. | No. 3:15-cv-00585-SRU |

## DEFENDANT VIRIDIAN ENERGY, INC.'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Viridian Energy, Inc. ("Viridian"), by and through its attorneys, respectfully moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing all counts set forth in Plaintiffs' Complaint (Docket No. 1).  The grounds for this Motion are set forth in the accompanying memorandum of law submitted herewith.

Dated: June 23, 2015                    LAW OFFICES OF PATRICK McHUGH

                                        By:   /s/ Patrick J. McHugh
                                                Patrick J. McHugh (ct14072)
                                                2425 Post Road, Suite 205
                                                Southport, CT  06890
                                                Telephone: (203) 955-1702
                                                Facsimile: (203) 286-1741
                                                pmchugh@patrickmchughlaw.com

                                                Daniel S. Blynn
                                                Shahin O. Rothermel
                                                VENABLE LLP
                                                575 7th Street, NW
                                                Washington, DC 20004
                                                Telephone: (202) 344-4000
                                                Facsimile: (202) 344-8300
                                                DSBlynn@venable.com
                                                SORothermel@venable.com

                                                *Attorneys for Defendant Viridian Energy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2015, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/DOCKET NO. System.

                By:    /s/ Patrick J. McHugh
                          Patrick J. McHugh