UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID STEKETEE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>        Defendant. | No. 3:15-cv-00585-SRU |

**DEFENDANT VIRIDIAN ENERGY, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT OR, IN THE ALTERNATIVE, <u>TO STRIKE CLASS ALLEGATIONS</u>**

Defendant Viridian Energy, Inc. ("Viridian"), by and through its attorneys, respectfully moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing all counts set forth in Plaintiffs' Amended Complaint (Docket No. 33) or, in the alternative, striking Plaintiff's class allegations. The grounds for this Motion are set forth in the accompanying memorandum of law submitted herewith.

Dated: October 2, 2015

                                      LAW OFFICES OF PATRICK McHUGH

                         By:    /s/ Patrick J. McHugh
                                      Patrick J. McHugh (ct14072)
                                      2425 Post Road, Suite 205
                                      Southport, CT  06890
                                      Telephone: (203) 955-1702
                                      Facsimile: (203) 286-1741
                                      pmchugh@patrickmchughlaw.com

                                      Daniel S. Blynn (admitted as visiting attorney)
                                      Eric S. Berman (admitted as visiting attorney)
                                      Shahin O. Rothermel (admitted as visiting attorney)
                                      VENABLE LLP
                                      575 7th Street, NW
                                      Washington, DC 20004

Telephone: (202) 344-4000
Facsimile: (202) 344-8300
DSBlynn@venable.com
ESBerman@venable.com
SORothermel@venable.com

*Attorneys for Defendant Viridian Energy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2015, a copy of the foregoing Motion to Dismiss Plaintiff's Second Amended Complaint or, In the Alternative, to Strike Class Allegations was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/DOCKET NO. System.

By: /s/ Patrick J. McHugh
Patrick J. McHugh