Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK Rody Jaiman / A. Buttrick   RPTR/ECRO/TAPE Sharon Masse
TOTAL TIME: 0 hours 55 minutes
DATE: 12/2/2015   START TIME: 11:48   END TIME: 12"43
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:15-cv-585 SRU

Steketee                                              Robert A. Izard, Jr.
                                                      Plaintiff's Counsel
          vs
Viridian Energy, Inc.                                 Daniel S. Blynn
                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#34___ Motion to dismiss                              ☐ granted ☑ denied ☐ advisement
☑ .....#34___ Motion to strike the class allegations         ☐ granted ☑ denied ☐ advisement
☐ .....#_____ Motion _____                                 ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____                                 ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____                                 ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____                                 ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____                                 ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                           ☐ granted ☐ denied ☐ advisement
☐ .....        ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... For reasons stated on the record, Viridian's motion to dismiss and motion to   ☐ filed ☐ docketed
☐ .......... strike the class allegations were denied.                                      ☐ filed ☐ docketed
☐ .......... _____                                                                        ☐ filed ☐ docketed
☐ .......... _____                                                                        ☐ filed ☐ docketed
☐ .......... _____                                                                        ☐ filed ☐ docketed
☐ .......... _____                                                                        ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____