# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORI SANBORN, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>VIRIDIAN ENERGY, INC.,<br>    Defendant. | No. 3:14-cv-1731 (SRU) |
| DAVID STEKETEE,<br>    Plaintiff,<br><br>    v.<br><br>VIRIDIAN ENERGY, INC.,<br>    Defendant. | No. 3:15-cv-585 (SRU) |
| SUZANNA MIRKIN, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>VIRIDIAN ENERGY, INC.,<br>    Defendant. | No. 3:15-cv-1057 (SRU) |
| ELIZABETH HEMBLING, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>VIRIDIAN ENERGY, LLC, *et al.*,<br>    Defendants. | No. 3:15-cv-1258 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On September 13, 2016, I held a telephone conference on the record with Craig Raabe and Seth Klein, attorneys for the plaintiffs in the *Sanborn* and *Steketee* matters; Steven Wittels and Burkett McInturff, attorneys for the plaintiffs in the *Mirkin* matter; Richard Greenfield, attorney for the plaintiff in the *Hembling* matter; and Daniel Blynn, attorney for the defendant in all of the cases, Viridian Energy, Inc. Notably, neither Raabe nor Greenfield has made an appearance in his respective case—accordingly, they are ordered to file an appearance on the docket. The purpose of the call was to set scheduling orders in these cases.

I set the following deadlines in the *Sanborn*, *Steketee*, and *Mirkin* cases:

Fact Discovery should be completed by February 15, 2017.

Motions for Class Certification should be filed by February 15, 2017.

Initial disclosure of the plaintiffs' experts should be completed by March 15, 2017.

Disclosure of the defendant's experts should be completed by May 15, 2017.

Discovery should close by June 15, 2017.

Dispositive motions should be submitted by July 15, 2017.

I further determined that there was no need to bifurcate the class and merits portions of discovery in any of the above cases.

The *Hembling* case was reported to be settled in principle; accordingly, I stayed discovery in that case.

So ordered.

Dated at Bridgeport, Connecticut, this 13th day of September 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge