UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>VIRIDIAN ENERGY, INC.,<br>　　　Defendant. | No. 3:15-cv-01057 (SRU) |
| LORI SANBORN, IRON MANN LLC and STEPHANIE SILVER, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>VIRIDIAN ENERGY, INC.,<br>　　　Defendant. | No. 3:14-cv-01731 (SRU) |
| DAVID STEKETEE, on behalf of himself and all others similarly situated,<br>　　　Plaintiff,<br><br>　　　v.<br><br>VIRIDIAN ENERGY, INC.,<br>　　　Defendant. | No. 3:15-cv-00585 (SRU) |

**ORDER OF CONSOLIDATION**

　　　The parties in the above-captioned cases have reached a global settlement and have filed an Amended Consolidated Class Action complaint encompassing their various claims in a single document. These similar claims arise out of Viridian Energy, Inc. and Viridian Energy PA, LLC's allegedly unfair and deceptive charges for supplying energy to residential and commercial

consumers, and are being consolidated for purposes of settlement. Therefore, the Clerk is directed to consolidate the above-captioned cases into *Sanborn, et al. v. Viridian*, No. 3:14-cv-01731 (SRU).

Dated at Bridgeport, Connecticut, this 20th day of December 2017.

                                                          /s/ STEFAN R. UNDERHILL
                                                          Stefan R. Underhill
                                                          United States District Judge