UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID STEKETEE, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIRIDIAN ENERGY, INC.,<br><br>　　　　　　Defendant. | No. 3:15-cv-00585 (SRU) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff and Defendant, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the action of the Plaintiff identified above is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and fees.

Dated:  July 27, 2018

| PLAINTIFF | DEFENDANT |
|---|---|
| /s/ Robert A. Izard<br>By: Robert A. Izard (ct01601)<br>Seth R. Klein (ct18121)<br>Izard, Kindall & Raabe, LLP<br>29 South Main Street, Suite 305<br>West Hartford, CT  06107<br>(860) 493-6292 | /s/Richard T.Bernardo<br>Richard T. Bernardo, Esq.<br>Maura Barry Grinalds, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, Robert A. Izard, hereby certify that on this 27th day of July, 2018, the foregoing was filed electronically. Notice of this filings will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document though the court's CM/ECF system.

*/s/ Robert A. Izard*
Robert A. Izard